IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DON KING PRODUCTIONS, INC.,<br><br>**Plaintiff(s)**<br><br>v.<br><br>GONZALEZ-QUINONES, <u>et al.</u>,<br><br>**Defendant(s)** | **CIVIL NO.** 06-1069 (JAG) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

GARCIA-GREGORY, D. J.

Before the Court is an unopposed Report and Recommendation issued by Chief U.S. Magistrate Judge Justo Arenas on March 12, 2008. (Docket No. 174). In said Report and Recommendation the Magistrate-Judge recommends that the motion for partial summary judgment filed by defendant Anibal Nazario-Mendez (Docket No. 166) be adjudicated as unopposed (as requested in a separate motion, Docket No. 170), that the same be converted into a motion for involuntary dismissal for lack of prosecution and that it be granted. No objections were filed to the Magistrate-Judge's Report and Recommendation within the time frame provided by this Court's Local Rules. <u>See</u> D.P.R. Local Civ. R. 72(d).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby ADOPTS the Magistrate-Judge's Report and Recommendation in its entirety and accordingly, GRANTS Anibal Nazario-Mendez's motion. The Complaint

Civil No. 06-1069 (JAG)                                                    2

against Anibal Nazario-Mendez is hereby dismissed.  Partial Judgment shall enter accordingly.

　　IT IS SO ORDERED.

　　In San Juan, Puerto Rico, this 28th day of March 2008.

　　　　　　　　　　　　　　　　　　　　s/ Jay A. Garcia-Gregory
　　　　　　　　　　　　　　　　　　　　JAY A. GARCIA-GREGORY
　　　　　　　　　　　　　　　　　　　　United States District Judge